UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
──────────────────────────────── x

JOHN LORADITCH,

        Plaintiff,

        -against-

BRONXCARE HEALTH SYSTEM,

        Defendant.

──────────────────────────────── x

No. 22-cv-3113 (CM)

**ORDER**

McMahon, J.

    The initial conference set for 9/8/2022 at 11:45 AM is adjourned. A new date will be posted to the ECF in the coming week.

Dated: September 7, 2022

                                                  U.S.D.J.

BY ECF TO ALL COUNSEL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/2022

1