# LAW OFFICES OF WILLIAM CAFARO

William Cafaro, Esq.
Partner
ADMITTED IN NY, CA, MD & TX
Email: bcafaro@cafaroesq.com

Amit Kumar, Esq.
Managing Attorney
ADMITTED IN NY & NJ
Email: akumar@cafaroesq.com

Andrew S. Buzin, Esq.
Of Counsel
ADMITTED IN NY, FL & DC

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583.7401
www.cafaroesq.com

Louis M. Leon, Esq
Associate
ADMITTED IN NY
Email: lleon@cafaroesq.com

Matthew S. Blum, Esq.
Of Counsel
ADMITTED IN NY
Email: mblum@cafaroesq.com

June 7, 2024

*Via Electronic Case Filing*
Hon. Colleen McMahon, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 24A
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/2024

OK
Colleen McMahon
6/25/2024

Re:   *Loraditch v. Bronxcare Health System,*
Case No.: 1:22-cv-03113 (CM)

Your Honor:

This firm represents the Plaintiff in the above-referenced matter. We write, with consent of Defendant, to request an extension of the deadline to reopen the action (if the settlement is not consummated) from June 10, 2024 to June 28, 2024. This is the second request for an extension of this deadline. We make this request because the parties are still working on the settlement agreement and hope to have it finalized by June 28, 2024.

We had hoped to have finalized this matter by now. However, I have had medical emergencies in my family, including serious health problems involving my parent and recent deaths of a family member and close family friend. Given that I will be out of the office for ten days starting late next week, the requested time is necessary. We appreciate the Court's attention and consideration to this request.

Respectfully Submitted,

/s/
Louis M. Leon, Esq.