# LAW OFFICES OF WILLIAM CAFARO

William Cafaro, Esq.
*Partner*
ADMITTED IN NY, CA, MD & TX
Email: bcafaro@cafaroesq.com

Amit Kumar, Esq.
*Managing Attorney*
ADMITTED IN NY & NJ
Email: akumar@cafaroesq.com

Andrew S. Buzin, Esq.
*Of Counsel*
ADMITTED IN NY, FL & DC

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583.7401
www.cafaroesq.com

Louis M. Leon, Esq.
*Associate*
ADMITTED IN NY
Email: lleon@cafaroesq.com

Matthew S. Blum, Esq.
*Of Counsel*
ADMITTED IN NY
Email: mblum@cafaroesq.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/2024

June 28, 2024

**Via Electronic Case Filing**
Hon. Colleen McMahon, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 24A
New York, NY 10007

Re: *Loraditch v. Bronxcare Health System,*
Case No.: 1:22-cv-03113 (CM)

Your Honor:

**MEMO ENDORSED**

*[Handwritten: 7/1/2024 OK but this is the LAST extension I will allow. CM]*

This firm represents the Plaintiff in the above-referenced matter. We write, with consent of Defendant, to request an extension of the deadline to reopen the action (if the settlement is not consummated) from June 28, 2024 to July 12, 2024. This is the third request for an extension of this deadline. We make this request because the parties are still working on the settlement agreement and hope to have it finalized by July 12, 2024.

As mentioned in a prior submission, we had hoped to have finalized this matter by now. But due to medical emergencies, me being out of the office several days, and some last-minute issues regarding the settlement agreement, this could not be done. That said, the parties are optimistic that in the next two weeks they will be able to finalize said agreement and file the stipulation of dismissal.

We appreciate the Court's attention and consideration to this request.

Respectfully Submitted,

/s/
Louis M. Leon, Esq.